IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELODY HUDSON, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-3631 |
| | : | |
| INDEPENDENCE BLUE CROSS, LLC, | : | |
|     *Defendant*. | : | |

# **O R D E R**

**AND NOW**, this 5th day of March, 2019, upon consideration of the Complaint (Doc. No. 1), Defendant's Motion for Judgment on the Pleadings as to Count IV of the Complaint (Doc. No. 12), and Plaintiff's Response (Doc. No. 17), it is **ORDERED** that Defendant's Motion for Judgment on the Pleadings as to Count IV of the Complaint (Doc. No. 12) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE